UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:07 CR-0009-JAW |
| ) | |
| KELLY JO MIDDLEMISS, ) | |

ORDER FOR PSYCHOLOGICAL EVALUATION

On March 20, 2008, counsel for the Defendant filed a motion to have Defendant's competence to stand trial and ability to assist counsel evaluated by a psychologist or psychiatrist pursuant to 18 U.S.C. §§ 4241 and 4242.

Based defense counsel's concerns as to whether his client will be able to properly assist him with preparation of the defense based on her mental condition, and this Court's own observations of the defendant, the Court hereby finds that there is reasonable cause to believe that Defendant may currently be suffering from a mental disease or defect rendering her incompetent to stand trial or ably assist her counsel.   Therefore, the Court hereby ORDERS:

1.   Pursuant to 18 U.S.C. §4247(b), Defendant is committed to the custody of the Attorney General for a reasonable period not to exceed forty-five (45) days for placement in a suitable facility.   Unless impractical, a psychiatric or psychological examination shall be conducted in a suitable facility closest to the Court.   The director of the facility conducting the evaluation of Defendant may apply for a reasonable extension upon showing of good cause that the additional time is necessary to observe and evaluate the Defendant.   Any such extension shall not exceed thirty (30) days.

2.  Defendant shall submit to a psychiatric or psychological examination by a licensed or certified psychiatrist or psychologist who is designated an examiner under the provisions of 18 U.S.C. § 4247(b).

3.  The psychiatric or psychological report ordered shall be prepared by the examiner designated to conduct the psychiatric or psychological examination and shall be filed with the Court with copies provided to the Pretrial Service Officer, Defense counsel, and the Assistant United States Attorney.  Pursuant to 18 U.S.C. § 4247(c), the report shall include:

   a.  the Defendant's history and present symptoms;

   b.  a description of the psychiatric, psychological and medical tests employed and their results;

   c.  the examiner's opinions as to diagnosis, prognosis and whether Defendant is suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense; and

   d.  the examiner's opinions as to whether any available psychotropic medication would aid Defendant's ability to understand these proceedings and to assist in her defense.

4.  Defendant through counsel shall forward copies of any and all available hospital, medical, psychological and psychiatric reports to the U.S. Probation Office for the District of Maine.  Upon receipt, the Probation Office shall immediately forward those materials to the director of the facility at which the examination is to be conducted.  Defendant shall execute all consent forms and medical release forms necessary for the records to be obtained.  The

government, through the U.S. Attorney and the U.S. Probation Office, shall submit to the director of the facility copies of available pretrial services reports along with applicable case-related discovery materials.

5. A copy of this Order shall be given to the United States Marshal and the Marshal shall make arrangements as are necessary for the examination of Defendant.

6. Upon the completion of Defendant's examination, the director of the facility shall notify the court, in writing, of the completion of the examination.

7. If Defendant is examined outside of the District of Maine, upon Defendant's return to the District from the facility, the U.S. Marshal shall immediately notify the Court of that fact.

8. Pursuant to 18 U.S.C. §3161(h)(1)(A), this period of commitment shall be excluded in computing the time within which the trial of any such offense must commence.

Dated at Bangor, Maine this 21st day of March, 2008.

SO ORDERED.

/s/ MARGARET J. KRAVCHUK
United States Magistrate Judge